**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
Tracy Shannon Devane,

                Plaintiff,                              19 **CIVIL** 2134 (SDA)

        -against-                                **JUDGMENT**

Commissioner of Social Security,
                Defendant.
----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Opinion and Order dated September 25, 2020, judgment on the pleadings is granted in favor of the Commissioner.

**Dated:**  New York, New York
            September 25, 2020

                                                                     **RUBY J. KRAJICK**
                                                           _____
                                                             **Clerk of Court**
                                     **BY:**
                                                                **Deputy Clerk**